IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JERMAINE THROWER,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3030

_____/

Opinion filed April 19, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Jermaine Thrower, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Virginia Harris, Assistant Attorney General, for Respondent.

PER CURIAM.

     The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROBERTS, C.J., and LEWIS and WINSOR, JJ., CONCUR.